UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HORMOZ ZADEH,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>                              Respondents. | Case No.:  26cv2756-LL-GC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[ECF No. 10] |

Before the Court is Petitioner Mohammad Hormoz Zadeh's Unopposed Motion to File Documents Under Seal. ECF No. 10. Petitioner seeks to seal Exhibits A, B, and D to his amended petition because they contain details of his asylum application. *Id.* at 1–2. Petitioner states that the government does not oppose sealing. *Id.* at 1. The Court finds compelling reasons to seal the requested materials and **GRANTS** Petitioner's Motion. *See Doe v. Becerra*, 787 F.Supp.3d 1083, 1095–96 (E.D. Cal. 2025) (granting petitioner's

/ / /

/ / /

/ / /

/ / /

1

26cv2756-LL-GC

request to seal any information related to his asylum application due to the sensitive nature of the allegations); *see also* 8 C.F.R. § 208.6. Exhibits A, B, and D to the amended petition shall be filed **UNDER SEAL**.

     **IT IS SO ORDERED.**

Dated:  May 20, 2026

_____

Honorable Linda Lopez
United States District Judge

26cv2756-LL-GC