**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD HORMOZ ZADEH, | Case No.:  26cv2756-LL-GC |
| Petitioner, | |
| v. | **ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL** |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, TODD BLANCHE, Acting Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center, | [ECF No. 15] |
| Respondents. | |

Petitioner and Respondents have filed a motion to file certain documents under seal. ECF No. 15. Sealing must only occur based on "compelling reasons," "supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Compelling reasons exist here. "Information contained in or pertaining to any application for asylum, withholding of removal

1

under section 241(b)(3) . . . , or protection under regulations issued pursuant to the Convention Against Torture's implementing legislation . . . shall not be disclosed without the written consent of the applicant," as a general matter. 8 C.F.R. § 208.6. In addition, "protecting an individual's constitutional and statutory right to privacy is a compelling interest that may justify sealing a particular medical or health record." *Civil Beat Law Ctr. For Pub. Interest, Inc. v. Maile*, 117 F.4th 1200, 1210 (9th Cir. 2024).

Accordingly, the Court **GRANTS** the Joint Motion. The lodged documents shall thus be filed under seal.

**IT IS SO ORDERED.**

Dated: May 22, 2026

_____
Honorable Linda Lopez
United States District Judge

2